**United States Bankruptcy Court**
**Eastern District of Tennessee**

In re: Peggy Annette Willbanks

Debtor(s)

Case No.: 1:19-bk-14827 SDR
Chapter: 7

## NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on March 28, 2020, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date: March 28, 2020

Signature: /s/ Peggy Annette Willbanks
Peggy Annette Willbanks
Debtor

Attorney: /s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr. 014754

Tom Bible Law
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421
(423)424-3116
Fax: (423)499-6311
tom@tombiblelaw.com or melinda@tombiblelaw.com