```
Label Matrix for local noticing          COURTESY FINANCE                         Independent Dealers Advantage, LLC
0649-1                                   C/O MAYFIELD & LESTER, ATTYS             c/o Anthony R. Steele, Esq.
Case 1:19-bk-14827-SDR                   P.O. BOX 789                             P.O. Box 2428
Eastern District of Tennessee            CHATTANOOGA, TN 37401-0789               Knoxville, TN 37901-2428
Chattanooga
Sat Mar 28 10:59:19 EDT 2020

1                                        Aaron's                                  (p)ASPEN DENTAL
United States Bankruptcy Court           120 North Cedar Avenue                   PO BOX 1578
31 East 11th Street                      South Pittsburg, TN 37380-1126           ALBANY NY 12201-1578
Chattanooga, TN 37402-4205

Aspen Dental                             Associates In Diagnostic Radiology       Associates in Diagnostic Radiology
PO Box 3126                              P.O. Box 3145                            1710 Gunbarrel Rd
Syracuse, NY 13220-3126                  Indianapolis, IN 46206-3145              Chattanooga, TN 37421-3127

Cascade Capital                          Chattanooga Emergency Med PLLC           Courtesy Finance of TN, LLC.
1670 Corporate Cir Ste 202               PO Box 94274                             P.O. Box 501229
Petaluma, CA 94954-6952                  Oklahoma City, OK 73143-4274             Atlanta, GA 31150

Heron Emergency Phys, PLLC               Heron Emergency Physicians               (p)IDA LLC
PO Box 38002                             13737 Noel Road, Suite 1600              780 BUFORD HIGHWAY
Philadelphia, PA 19101-8020              Dallas, TX 75240-1374                    BLDG C-100
                                                                                  SUWANEE GA 30024-2148

Internal Revenue Service                 Mayfield & Lester                        Medical Data Systems Inc
Centralized Insolvency Operation         P.O. Box 789                             645 Walnut St Ste 5
PO Box 7346                              Chattanooga, TN 37401-0789               Gadsden, AL 35901-4173
Philadelphia, PA 19101-7346

Medical Data Systems Inc                 NPAS, Inc.                               Nationwide Recovery
Attn: Bankruptcy Dept                    PO Box 99400                             3000 Kellway Dr
2001 9th Ave Ste 312                     Louisville, KY 40269-0400                Carrollton, TX 75006-3304
Vero Beach, FL 32960-6413

Nationwide Recovery                      Online Collections                       Online Collections
501 Shelley Dr Ste 300                   Attn: Bankruptcy                         Pob 1489
Tyler, TX 75701-9553                     Po Box 1489                              Winterville, NC 28590-1489
                                         Winterville, NC 28590-1489

Parkridge Medical Center                 Parkridge West Hospital                  PathGroup
941 Spring Creek Rd                      Resurgent Capital Services               P.O. Box 740858
Chattanooga, TN 37412-3909               PO Box 1927                              Cincinnati, OH 45274-0858
                                         Greenville, SC 29602-1927

Peggy Annette Willbanks                  Pendrick Capital Partners II LLC         Pendrick Capital Partners LLC
1987 Shellmound Road                     c/o Peritus Portfolio Svcs               727 Washington Street
Jasper, TN 37347-5930                    PO Box 141419                            Key West, FL 33040-4777
                                         Irving, TX 75014-1419
```

```
Quantum3 Group LLC                    Quantum3 Group LLC                    Quantum3 Group LLC as agent for
As Agent for Cascade Capital LLC Series   As Agent for Cascade Capital LLC Series1   CASCADE CAPITAL LLC SERIES C
PO Box 788                            PO Box 788                            PO Box 788
Kirkland, WA 98083-0788               Kirkland, WA 98083-0788               Kirkland, WA 98083-0788


Quantum3 Group LLC as agent for       Radiology Alliance                    Skin Cancer & Cosmetic Dermatology
Catholic Health Initiatives           PO Box 88087                          136 Battlefield Crossing Court
PO Box 788                            Chicago, IL 60680-1087                Ringgold, GA 30736-5176
Kirkland, WA  98083-0788


Southern Cash                         Speedy/Rapid Cash                     Sun Loan Company
2201 Gault Ave N                      P.O. Box 780408                       1801 Gault Ave N ste 104
Fort Payne, AL 35967-3672             Wichita, KS 67278-0408                Fort Payne, AL 35967-3479


Tennova Medical Center Of Clevland    Transworld Sys Inc/33                 Transworld Sys Inc/33
2305 Chambliss Avenue, NW             Attn: Compliance Dept                 Pob 15609
Cleveland, TN 37311-3847              Po Box 15618                          Wilmington, DE 19850-5609
                                      Wilmington, DE 19850-5618


United States Trustee                 World Acceptance/Finance Corp         World Acceptance/Finance Corp
Historic U.S. Courthouse              108 Frederick St                      Attn: Bankruptcy
31 E. Eleventh Street                 Greenville, SC 29607-2532             Po Box 6429
Fourth Floor                                                                Greenville, SC 29606-6429
Chattanooga, TN 37402-4205


Kara L. West                          W. Thomas Bible  Jr.
Chapter 12 & 13 Trustee               Tom Bible Law
P.O. Box 511                          6918 Shallowford Road, Suite 100
Chattanooga, TN 37401-0511            Chattanooga, TN 37421-1781
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Aspen Dental                          Independent Dealers Advantage
PO Box 1578                           780 Buford Highway Bldg C-100
Albany, NY 12201                      Suwanee, GA 30024
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)COURTESY FINANCE                   (d)Peggy Annette Willbanks            End of Label Matrix
c/o Mayfield & Lester, Attys          1987 Shellmound Road                  Mailable recipients    46
PO Box 789                            Jasper, TN 37347-5930                 Bypassed recipients     2
Chattanooga, TN 37401-0789                                                  Total                  48
```